IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                        NO. 4:13CR00237-01 JLH

ANDRE WHITAKER                                                                          DEFENDANT

## ORDER

Court convened on Friday, July 18, 2014, for a hearing on the government's motion to revoke the supervised release of defendant Andre Whitaker. Document #5. First Assistant United States Attorney Pat Harris was present for the government. The defendant appeared in person and with his attorney, Assistant Federal Public Defender Justin Eisele.

Upon inquiry from the Court, the defendant denied the allegations currently pending in Crittenden County Circuit Court. The Court made no finding on that allegation as the government did not offer any proof at the hearing. The defendant admitted all of the other allegations outlined in the petition to revoke. Following witness testimony, and statements from counsel and the defendant, the Court determined that defendant's current conditions of supervision should be modified, and that the motion to revoke should be held in abeyance for a period of ninety (90) days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed by the Court.

IT IS THEREFORE ORDERED that defendant Andre Whitaker's conditions of supervised release are hereby modified to include the following:

- Participation in mental health counseling under the guidance and supervision of the United States Probation Office if deemed appropriate.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS FURTHER ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by Thursday, October 16, 2014. In the event the defendant is found to be in violation of his conditions of supervised release prior to October 16, 2014, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing. If there are no additional violations and the defendant abides by all conditions of supervised release, the motion to revoke will be dismissed.

IT IS SO ORDERED this _18th_ day of July, 2014.

```
                                    _____
                                    J. LEON HOLMES
                                    UNITED STATES DISTRICT JUDGE
```